MARGARET ANDERSON, as Administratrix of the Estate of BERNT ANDERSON, Deceased, Respondent, *v.* STEEL PRODUCTS TRANSPORTATION Co., Appellant.

Argued June 10, 1946; decided July 23, 1946.

508

*Harry D. Sanders* and *John F. Connelly* for appellant.
*John E. Drury, Jr.,* and *Edward J. Desmond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, THACHER and FULD, JJ. Taking no part: DESMOND and DYE, JJ.